# AKIN LAW GROUP PLLC
### 45 BROADWAY
### SUITE 1420
### NEW YORK, NEW YORK 10006
### Tel. (212) 825-1400    Fax. (212) 825-1440

ZAFER A. AKIN  
ROBERT D. SALAMAN

LEOPOLD RAIC  
GULSAH SENOL  
SIMI BHUTANI

November 26, 2019

12/2/2019

**Via ECF**

Honorable Paul A. Crotty  
United States District Court  
Southern District of New York  
500 Pearl Street,  
New York, NY 10007

*The matter is adjourned to February 5, 2020 at 11:30 am.*

*So ordered*

*Paul Crotty*
*USDJ*

Re: *Tortorici, et al. v. Bus-Tev LLC d/b/a Early Morning Seafood, et al.*
Case No. 17-7507 (PAC) (KHP)
**Joint Letter Motion for Adjournment of December 4, 2019 Conference**

Dear Judge Crotty:

We are counsel to the Plaintiffs and write on behalf of all parties to jointly request an adjournment of the Status Conference scheduled for December 4, 2019 to either February 4, February 5 or February 6, 2020, or another date and time convenient for the court. This is the parties' first request for an adjournment.

The parties are pleased to report that they have verbally agreed to a settlement as to two of the three Plaintiffs – Mendez and Jiminez. The parties are in the process of drafting a settlement agreement and will file for Cheeks FLSA approval within the next two weeks.

The non-settling Plaintiff Tortorici's case proceeds and the parties plan on scheduling depositions in January 2020. On November 20, 2019, Magistrate Judge Parker granted the parties' request to extend the fact discovery deadline to January 31, 2020.

We thank Your Honor for her time and attention to this matter.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 12-2-19

Very truly yours,

**Akin Law Group PLLC**

/s/ Robert D. Salaman
_____
Robert D. Salaman

cc: Mark E. Spund