# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400   Fax. (212) 825-1440

ZAFER A. AKIN  
LEPOLD RAIC  
ROBERT D. SALAMAN  
-----------------------------------

GULSAH SENOL  
SIMI BHUTANI  
-----------------------------------------

**<u>Via ECF</u>**

December 12, 2019

Honorable Katharine H. Parker  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:   *Carmelo Tortorici, et al. v. Bus-Tev, LLC, et al.*  
            Case No. 17-CV-7507 (PAC) (KHP)

Dear Judge Parker:

      We represent the Plaintiffs Carmelo Tortorici ("Tortorici"), Evaristo Mendez ("Mendez") and Luis Jiminez ("Jiminez") (Mendez and Jiminez, "settling Plaintiffs") in the above-referenced matter. Attached as Exhibit A is the revised executed FLSA Settlement Agreement, which we believe to be in compliance with the Court's December 9, 2019 Order. We respectfully now seek Your Honor's approval of the attached Proposed Settlement Agreement.

      The Parties have concluded that the Proposed Settlement Agreement is fair, reasonable, adequate, and in the Parties' mutual best interests. For these reasons and based on the reasons previously provided, the Parties jointly and respectfully request that the Court enter an Order approving the Settlement Agreement as fair and reasonable.

      We thank Your Honor for your time and attention to this matter.

                            Very truly yours,

                            **Akin Law Group PLLC**

                            */s/ Robert D. Salaman*  
                            _____  
                            Robert D. Salaman

cc:    Mark E. Spund  
        *Attorneys for Defendants*  
        (via ECF)