USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARMELO TORTORICI et al.,

                      Plaintiffs,          17-cv-07507 (PAC)(KHP)

      -against-                              **ORDER**

BUS-TEV, LLC et al.,

                      Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the parties' letter at Docket Number 54, discovery is hereby extended to **March 31, 2020**. No further extensions will be granted absent good cause. A case management conference is hereby scheduled for **March 16, 2020 at 3:00 p.m.**

Dated: New York, New York
       January 31, 2020

                                                  SO ORDERED

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge