```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

CARMELO TORTORICI et al.,

                       Plaintiffs,

      -against-

BUS-TEV, LLC et al.,

                       Defendants.
```
-----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 03/11/2020**

**17-cv-07507 (RWS) (KHP)**

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management Conference in this matter scheduled for **Tuesday, March 16, 2020 at 3:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

SO ORDERED.

Dated: March 11, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge